UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ALFREDO SATO-AVITIA,        )
          Petitioner,       )
                            )   C.A. No. 04-40076-WGY
     v.                     )
                            )
U.S.A.,                     )
          Respondent.       )
```

MEMORANDUM AND ORDER OF DISMISSAL

For the reasons stated below, the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed.

FACTS

On April 28, 2004, petitioner Alfredo Sato-Avitia, an inmate at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241 ("first petition"). That action was assigned Civil Action No. 04-40062-WGY. On May 13, 2004, petitioner filed a second petition (C.A. No. 04-40076-WGY) asserting the same claims as those contained in the first petition.

CONCLUSION

Based upon the foregoing, the petition for a writ of habeas corpus under Section 2241 in C.A. No. 04-40076-WGY is hereby dismissed as duplicative of Civil Action No. 04-40062-WGY.

SO ORDERED.

Dated at Boston, Massachusetts, this 2nd day of June, 2004.

                                       s/ William G. Young
                                 UNITED STATES DISTRICT JUDGE