United States District Court
District of Massachusetts
Case Number C.A. No. 04-40076

| | |
|---|---|
| Alfredo Sato Avitia<br>Petitioner<br><br>vs<br><br>United States of America<br>Respondent | Notice of Appeal<br>In Forma Pauperis<br>See Court Records As<br>To The Indigence of<br>Petitioner |

Now comes, Alfredo Sato Avitia, petitioner in the above entitled case, who himself pro se, hereby gives notice of appeal to the Appeals Court of Legal Jurisdiction Hereto from the final order of William G. Young an alledged United States District Judge, without proof thereof attached to nor stated in the court order which was not under the offical seal of the United States Nor The Court. Said order being dated 2nd of June 2004 and received June 4th, 2004.

Petitioner Objects to The Court Order And To The reasons stated therein for the petitions being dismissed.

Questions Presented On This Appeal Are As Related Herein.

1- Did The Order Of Judge Young For The Reasons Stated Therein Constitute Kidnaping By Judicial

process, processes and or relating thereto, as deprivation of liberty without due process or equal protection of law and without afording to the petitioner the Judicial Protections Authorized, Required, Entitled And Remanded By The Laws And constitution of The United States of America And The States Thereof And The Human Rights Relating Thereto? If so, How? If not, How Not? If so, what Relief, etc. must be legally ordered?

Such Other Questions That May Be Asked By An Appointed Attorney For This Appeal, 18 U.S.C. 3006A, Etc. Laws As Applies.

Such Other Questions Etc. That May Be Asked By The Appeals Court To Aford To Petitioner Judicial Protection Against Said Order and reasons of Judge Young. And all the claims and grounds of petitioner be fully adjudged on this appeal.

Respectfully Presented This The 4th day of June 2004
Signed, ALFREDO SATO AVITIA
N-5, Federal Medical Center Devens
Post office Box 879
Ayers, Mass, 01432
   Date Sent To Court By Mail
   June 4th, 2004