# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40076

Alfredo Sato Avitia

v.

David Winn, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) (1) NOA #4 pleadings #1-3 original electronically filed documents are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/8/04 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 17, 2004.

Tony Anastas, Clerk of Court

By: _/s/ Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6-21-04 .

_/s/ Susan Pedrazzini_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 04-1805

[cv: apprec.] [cr: kapprec.]