AO 240 (Rev. 9/96)

*Boston* UNITED STATES DISTRICT COURT *Mass*

_____ District of ____

*Alfredo Soto Avitia*

Appellant ~~Plaintiff~~

V.

*Su Court Records As 'Z*

Appellee ~~Defendant~~

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

*No. 04-5603-U.S.A.-v-Avitia*
*USDC-No. 3-02 CR-1007 all*
CASE NUMBER: *DB*
*3-04-CV-166-DB*

I, *Alfredo Soto Avitia* _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☑ other *Appellant*

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. *Appeal on Court Records, No Brief (Unless Counsel Appointed)*

In support of this application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration *F.M.C. Devens*

   Are you employed at the institution? *Yes* Do you receive any payment from the    *Yes*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *F. M. C. Devens, See Prison Rec.*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☑ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

United States District Court

John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston - Ma., 02210 - 3002

| | |
|---|---|
| Alfredo Sato Avitia, Appellant | No. 04-5663-U.S.A.-v-Avitia |
| VS | USDC, No. 3:02CR-1007-All-DB |
| As Related of Court Records | 3-04-cv-166-DB |

Motion For Leave To Proceed on appeal in
Forma Pauperis.

    Now comes, Alfredo Sato Avitia, Appellant,
who himself, pro se respectfully moves the
court to allow him to proceed in forma pauperis
on appeal in the above case.

    Herewith is Appellants, Application To
Proceed Without Prepayment of Fees And Affidavit

    Futher herewith is a computer print out of
Appellants prison trust fund for the past six
months.

    Futher herewith is a court of appeals letter,
to appellant, dated July 12th, 2004 which
was received on July 16th, 2004

    Send the appeals court a copy of this motion and
all attached thereto, etc. Herewith, Herewith.

Signed, ALFREDO SATO AVITIA, 7-16-04
Reg. No. 47525-080

04-50663

Mr Alfredo Sato-Avitia
Federal Medical Center
Devens
#47825-080
42 Patton Road
PO Box 879
Ayer, MA 1432

--------------

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 12, 2004

Mr Alfredo Sato-Avitia
Federal Medical Center
Devens
#47825-080
42 Patton Road
PO Box 879
Ayer, MA 1432

No.  04-50663 USA v. Sato-Avitia
    USDC No.  3:02-CR-1007-ALL-DB
              3:04-CV-166-DB

Dear Appellant:

We have docketed your appeal.  You should use the number listed above on all future correspondence.

**You should carefully read the following sections.**

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure, **NOT** the Federal Rules of Civil Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure.  We can address only those documents the court directs you to file, or motions filed under the FED. R. APP. P. in support of the appeal.  See FED. R. APP. P. and 5TH CIR. R. 27 for guidance.  Documents not authorized by these rules will not be acknowledged or acted upon.

**Court Fees**

You must pay a filing fee for your notice of appeal unless the district court has entered an order exempting you from paying the fee under FED. R. APP. P. 24.  The $250.00 Court of Appeals docketing fee and the $5.00 district court fee are due within 15 days from this date.  Both fees must be paid to the clerk of the district court, but you must notify us when you pay the fees.  If you do not pay both fees, or file a motion with the district court for leave to appeal **In Forma Pauperis** under FED. R. APP. P. 24, we will dismiss your appeal without further notice, see 5TH CIR. R. 42.3.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _L. Conrad /jmm_____
    Lisa Conrad, Deputy Clerk
    504-310-7697

/jmm

cc:  Mr Joseph H Gay Jr


DKT-6

# NOTICE

*EFFECTIVE 5/5/04*

You may contact the Appellate Voice Information System at (504)310-8514 for deadlines and the status of cases docketed beginning in 1995; or, you may dial (504)310-7700 for answers to non-specific questions. You may also visit the 5th Circuit Web Site at www.CA5.UScourts.gov for current docket information.

Should you need to speak to a deputy, please call (504)310 and enter that individual's four digit direct number as listed below.

Your contact persons for the Northern and Western Districts of Texas for cases ending in even or odd numbers are as follows:

Extension requests and status inquiries (case open):

| | | |
|---|---|---|
| Cindy Tyler | - Odd cases | - #7695 |
| Mary Frances Noveh | - Even cases | - #7686 |

For motions, petitions for rehearing, requests for records or exhibits, receipt of appearance forms:

| | | |
|---|---|---|
| Trashell McCoy | - Even cases | - #7667 |
| Val Spencer | - Even cases | - #7715 |
| Lisa Conrad | - Odd cases | - #7697 |

Issuance of orders:

| | | |
|---|---|---|
| Debbie Kranz | - Even cases | - #7698 |
| Mary Stewart | - Odd cases | - #7694 |

For inquiries on pro se prisoner appeals:

| | | |
|---|---|---|
| Tom Rodwig | - Even/Odd cases | - #7678 |

For filing of briefs, records, record excerpts, exhibits and issuance of mandate the contact persons are as follows:

| | Cases ending in: | |
|---|---|---|
| Renee McDonough | 1 | #7673 |
| Margery St. Pierre | 2 | #7676 |
| Jerome Anderson | 3 | #7693 |
| Dawn Victoriano | 4 | #7717 |
| Tim Beckstrom | 5 | #7653 |
| Whi'Sheika Chissell | 7 | #7687 |
| Rhonda Ferrara | 8 | #7703 |
| Rotated | 6, 9, 0 | |