UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

*CA 04-40076 WGY*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Director F.B.C. and F.M.C. Devens*
SEP 98
U.S. DEPARTMENT OF JUSTICE *Attorney General*              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) *Winn-Warden, Ea. Gov. Employee* | DATE: 9-14-04 |
|---|---|
| FROM: ALFREDO SATO AVITIA | REGISTER NO.: 47825-080 |
| WORK ASSIGNMENT: | UNIT: N-2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

The attached hereto relates and applies to my now pending petition for writ of habeas corpus, in U.S.D.Ct. Boston, Ma. and to my now pending appeal in the First Circuit court of appeals. Warden Winn must Respond to Both aforesaid as well the U.S.A.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                                    Date