# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1805

ALFREDO SATO AVITIA

Petitioner - Appellant

v.

DAVID L. WINN; UNITED STATES

Respondents - Appellees

---

**JUDGMENT**
**Entered: March 15, 2005**

By notice issued January 6, 2005, January 26, 2005 and February 14, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by February 28, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By:_____
Operations Manager

Deputy Clerk

Date: 5-6-05

[cc: Alfredo Sato Avitia, Michael J. Sullivan, Esq. and Dina Michael Chaitowitz, Esq.]